**Jahlil Laron A. KIDD, Petitioner–
Appellant,**

v.

**SUSSEX I STATE PRISON,
Respondent–Appellee.**

No. 04–6774.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 19, 2004.

Jahlil Laron A. Kidd, Appellant pro se.

Before NIEMEYER, WILLIAMS, and
TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jahlil Laron A. Kidd seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2000) petition. Kidd can-
not appeal this order unless a circuit judge
or justice issues a certificate of appealabili-

ty, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A habeas appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude Kidd has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*